Frances Metzger Wirth STEPHAN,
Guardian of the Estate of Charles
Wirth, Plaintiff-Appellee,

v.

The MARLIN FIREARMS COMPANY,
Inc., et al., Defendants-Appellants.

No. 218, Docket 28376.

United States Court of Appeals
Second Circuit.

Argued Dec. 12, 1963.

Decided Dec. 12, 1963.

Kevin T. Gormley, New Haven, Conn.
(Martin E. Gormley and Gormley &
Gormley, New Haven, Conn., on the
brief), for defendants-appellants.

Theodore I. Koskoff, Bridgeport, Conn.
(James M. Desmond, Norwalk, Conn., on
the brief), for plaintiff-appellee.

Before CLARK, SMITH, and HAYS,
Circuit Judges.

PER CURIAM.

Denial of the motion to dismiss for
lack of jurisdiction affirmed in open court.
See Lang v. Elm City Construction Co.,
D.C.Conn., 217 F.Supp. 873, affirmed 2
Cir., 324 F.2d 235; the opinion of Judge
Timbers below herein, D.C.Conn., 217
F.Supp. 880; and Cole v. Jerman, 77
Conn. 374, 59 A. 425.